# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | GINA RENEE HASL |
| **Case Number:** | 2:08-BK-07817-RTB    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 02, 2009 02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC.

**R / M #:**   27 / 0

**VACATED: BY REQUEST OF DEBTOR & CONSENT OF MOVANT**

## Appearances:

NONE

## Proceedings:

VACATED: BY REQUEST OF DEBTOR & CONSENT OF MOVANT