|12|

GINA R. HASL
*Pro Per*
4613 West Marlette Avenue
Glendale, Arizona 85301
(602) 647-0600
g-na-na@cox.net

**FILED**

SEP 2 3 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | NO. 2:08-bk-07817-RTB |
| ) | |
| Gina Renee Hasl ) | |
| ) | Chapter 7 |
| Debtor, ) | |
| ) | |
| _____ ) | DEBTOR'S MOTION TO |
| Mortgage Electronic Registration ) | CONTINUE 09-30-09 HEARING |
| Systems, Inc., as nominee for ) | |
| Countrywide Home Loans, Inc. ) | |
| ) | |
| Movant, ) | |
| ) | RE: Real Property Located |
| vs. ) | @ 4613 West Marlette Ave. |
| ) | Glendale, AZ 85301 |
| Gina Renee Hasl, Debtor, ) | |
| Constantino Flores, Trustee, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

COMES NOW the Debtor who hereby respectfully requests that this Court continue the hearing presently scheduled in this matter for September 30, 2009, at 2:30 p.m.

The first basis for this request is that the Debtor still has not made any meaningful progress with the mortgage company (currently Bank of America / previously Countrywide Home Loans) regarding the Debtor's loan modification request made on May 29, 2009. A history of recent events is as follows:

1. Debtor contacted Bank of America on August 21, 2009, and was advised that she needed something called a "Case Closing Order" from the Bankruptcy Trustee. Debtor was advised that once she submits such an Order to Bank of America, then their Bankruptcy Department can close their file and move the file to their Home Retention Department which handles the loan modification requests.

2. Debtor immediately attempted contact with the Bankruptcy Trustee to obtain such an Order and was unable to reach Mr. Constantino.

3. Debtor filed a Motion to Continue 09-02-09 Hearing based upon Nos. 1 and 2, above.

4. After receiving a copy of the Debtor's Motion to Continue 09-02-09 Hearing, Mr. Constantino contacted Debtor and left her a voice mail explaining that there is no such "Case Closing Order" that he is to file in this matter and that none would be forthcoming.

5. After receiving the communication from Mr. Constantino referenced in No. 4, above, on September 4, 2009, Debtor faxed a letter to Marcel Belanger, Bankruptcy Technician at Bank of America, explaining the situation relating to the "Case Closing Order" and requested expedited contact from Mr. Belanger to discuss the matter in order to get the loan modification request moving in a positive direction. See Exhibit A attached hereto. No response has been received from Bank of America to that correspondence.

09/24/2009

6. On September 11, 2009, Debtor again faxed a letter to Marcel Belanger, Bankruptcy Technician at Bank of America, referring to her September 4, 2009, letter (as well as attaching a copy) and again requesting expedited contact. See Exhibit B attached hereto. Again, no response has been received from Bank of American to that correspondence.

Debtor has never once received any communication via telephone, email or written correspondence from Bank of America regarding her loan modification request. Debtor is currently at a loss as to how to proceed. Debtor is anxious to get the matter resolved but without communication from Bank of America does not know what procedures she is to follow currently.

The second basis for Debtor's request to continue the September 30, 2009, hearing is that she is employed as a legal assistant to a sole practitioner attorney and said attorney is on vacation from September 24, 2009, to October 5, 2009, however, he is returning to Arizona to come to the office for <u>one day only</u> during that time. <u>That one day being September 30, 2009</u>. It is imperative that Debtor be in the office at her employment in order to get things caught up from her boss being away on vacation. Requiring the Debtor to take the afternoon off work in order to attend the September 30, 2009, hearing would create a hardship on her employer. Furthermore, it would seem that nothing will be accomplished at the hearing since the loan modification request is at a standstill.

Debtor states to the Court that she is not delaying this process, however, it is Bank of America, and its lack of communication that is impeding the progress of this matter.

Wherefore, Debtor respectfully requests that the hearing scheduled for September 30, 2009, be continued for at least another sixty to ninety (60-90) days to allow the additional time needed for Bank of America to contact Debtor and to finalize its review of Debtor's loan modification request. Debtor further requests that the stay in this matter continue as well.

**RESPECTFULLY SUBMITTED** this 22nd day of September, 2009.

_____
Gina R. Hasl
Debtor

**ORIGINAL** of the foregoing mailed for filing this 22nd day of September, 2009, to:

Clerk of the Court
UNITED STATES BANKRUPCY COURT-AZ
230 North First Avenue
Suite 101
Phoenix, Arizona 85003

**AND**

**COPY** of the foregoing mailed this 22nd day of September, 2009, to:

The Honorable Redfield T. Baum
Chief Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT-AZ
230 North First Avenue
Suite 101
Phoenix, Arizona 85003

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO, P.A.
2525 East Camelback Road
Suite 300
Phoenix, Arizona 85016
Attorneys for Movant

4

```
 1  Constantino Flores, Esq.
    P.O. Box 511
 2  Phoenix, AZ  85001-0511
    Trustee
 3
    Arizona Federal Credit Union
 4  P.O. Box 60070
    Phoenix, Arizona 85082
 5
    U.S. Trustee
 6  230 North First Avenue
    Suite 204
 7  Phoenix, Arizona 85003-1706

 8

 9  _Gina R. Hash_____
10
```

5

**E X H I B I T        A**

09/24/2009

GINA R. HASL
4613 West Marlette Avenue
Glendale, Arizona 85301
(602) 647-0600 Cellular

**VIA FACSIMILE (1-800-658-0395) - 1 PAGE FAXED**

September 4, 2009

Marcel Belanger
Bankruptcy Technician (Ext. 955145)
BANK OF AMERICA
P.O. Box 10219
Van Nuys, CA 91410

RE:       Gina Renee Hasl, Loan No. 125475755

Dear Mr. Belanger:

On August 21, 2009, I spoke with a representative at Bank of America who had spoken with you about my matter while I was on hold. I was informed by this person that you had told him that I needed to provide Bank of America with something called a "Case Closing Order" and that my Trustee within my bankruptcy action would have such a document. The Trustee in my matter, Constantino Flores (602-274-4200), has advised me that there is no such a document that will be filed in my bankruptcy action. Mr. Constantino relates that on August 18, 2008, he filed a document called "Trustee Report of No Distribution" and that is the only document he is required to file and that is the only document that will be filed in my bankruptcy action.

Therefore, it would seem that we are at a standstill with respect to my loan modification request. I was told on August 21, 2009, by the representative stated above that until such a "Case Closing Order" is submitted to you, the Bankruptcy Department cannot close my file and move it to the Home Retention Department. Since I am not going to be able to receive a "Case Closing Order," I need to know what do to now in order for my request to be processed.

I submitted my loan modification request in May 2009 and it would seem that this matter has not progressed at all in 3.5 months. I have another hearing before the Bankruptcy Court set for September 30, 2009, and I need to be able to report what is happening with this matter. Whenever I call the 800 number, I am not offered any pertinent information.

Could we please move this matter along ?? I would appreciate an actual telephone call or email from you, or whoever is now handling my request, so that some progress can be made. You may call my cell number listed above, or email me at my home email address of: g-na-na@cox.net.

I am anxious to get this matter moving in a positive direction. Therefore, your **expedited contact** would be greatly appreciated.

Sincerely yours,

Gina R. Hasl

GRH/gh

09/24/2009

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            1033
RECIPIENT ADDRESS   18006580395
DESTINATION ID
ST. TIME            09/04 15:04
TIME USE            00'24
PAGES SENT          1
RESULT              OK
```

**GINA R. HASL**
**4613 West Marlette Avenue**
**Glendale, Arizona 85301**
**(602) 647-0600 Cellular**

<u>**VIA FACSIMILE (1-800-658-0395) - 1 PAGE FAXED**</u>

September 4, 2009

Marcel Belanger
Bankruptcy Technician (Ext. 955145)
BANK OF AMERICA
P.O. Box 10219
Van Nuys, CA 91410

**RE:     Gina Renee Hasl, Loan No. 125475755**

Dear Mr. Belanger:

On August 21, 2009, I spoke with a representative at Bank of America who had spoken with you about my matter while I was on hold. I was informed by this person that you had told him that I needed to provide Bank of America with something called a "Case Closing Order" and that my Trustee within my bankruptcy action would have such a document. The Trustee in my matter, Constantino Flores (602-274-4200), has advised me that there is no such a document that will be filed in my bankruptcy action. Mr. Constantino relates that on August 18, 2008, he filed a document called "Trustee Report of No Distribution" and that is the only document he is required to file and that is the only document that will be filed in my bankruptcy action.

Therefore, it would seem that we are at a standstill with respect to my loan modification request. I was told on August 21, 2009, by the representative stated above that until such a "Case Closing Order" is submitted to you, the Bankruptcy Department cannot close my file and move it to the Home Retention Department. Since I am not going to be able to receive a "Case Closing Order," I need to know what do to now in order for my request to be processed.

I submitted my loan modification request in May 2009 and it would seem that this matter has not progressed at all in 3.5 months. I have another hearing before the Bankruptcy Court set for September 30, 2009, and I need to be able to report what is happening with this mat           09/24/2009

# EXHIBIT B

09/24/2009

GINA R. HASL
4613 West Marlette Avenue
Glendale, Arizona 85301
(602) 647-0600 Cellular

**VIA FACSIMILE (1-800-658-0395) - 2 PAGES FAXED**

September 11, 2009

Marcel Belanger
Bankruptcy Technician (Ext. 955145)
BANK OF AMERICA
P.O. Box 10219
Van Nuys, CA 91410

RE:     **Gina Renee Hasl, Loan No. 125475755**

Dear Mr. Belanger:

On September 4, 2009, I wrote you regarding the above matter. Attached please find a copy of that correspondence.

To date, I still have not heard from you or anyone at Bank of America for that matter. I am anxious to get this matter moving in a positive, progressive direction but without your cooperation, I am not certain how this can occur.

I need to know what you need from me, if anything, for my loan modification request to be processed.

Once again, please be advised that I have another hearing before the Bankruptcy Court set for September 30, 2009, and I need to be able to report what is happening with this matter. As far as I can tell, nothing is happening and this concerns me greatly.

Your **expedited contact** would be greatly appreciated in this matter.

Sincerely yours,

*Gina R. Hasl*

Gina R. Hasl

GRH/gh
Attachment

GINA R. HASL
4613 West Marlette Avenue
Glendale, Arizona 85301
(602) 647-0600 Cellular

<u>**VIA FACSIMILE (1-800-658-0395) - 1 PAGE FAXED**</u>

September 4, 2009

Marcel Belanger
Bankruptcy Technician (Ext. 955145)
BANK OF AMERICA
P.O. Box 10219
Van Nuys, CA 91410

RE: **Gina Renee Hasl, Loan No. 125475755**

Dear Mr. Belanger:

On August 21, 2009, I spoke with a representative at Bank of America who had spoken with you about my matter while I was on hold. I was informed by this person that you had told him that I needed to provide Bank of America with something called a "Case Closing Order" and that my Trustee within my bankruptcy action would have such a document. The Trustee in my matter, Constantino Flores (602-274-4200), has advised me that there is no such a document that will be filed in my bankruptcy action. Mr. Constantino relates that on August 18, 2008, he filed a document called "Trustee Report of No Distribution" and that is the only document he is required to file and that is the only document that will be filed in my bankruptcy action.

Therefore, it would seem that we are at a standstill with respect to my loan modification request. I was told on August 21, 2009, by the representative stated above that until such a "Case Closing Order" is submitted to you, the Bankruptcy Department cannot close my file and move it to the Home Retention Department. Since I am not going to be able to receive a "Case Closing Order," I need to know what do to now in order for my request to be processed.

I submitted my loan modification request in May 2009 and it would seem that this matter has not progressed at all in 3.5 months. I have another hearing before the Bankruptcy Court set for September 30, 2009, and I need to be able to report what is happening with this matter. Whenever I call the 800 number, I am not offered any pertinent information.

Could we please move this matter along ?? I would appreciate an actual telephone call or email from you, or whoever is now handling my request, so that some progress can be made. You may call my cell number listed above, or email me at my home email address of: <u>g-na-na@cox.net</u>.

I am anxious to get this matter moving in a positive direction. Therefore, your **expedited contact** would be greatly appreciated.

Sincerely yours,

*Gina R. Hasl*
Gina R. Hasl

GRH/gh

09/24/2009

09/11/2009 15:08 FAX 6029527377     BARRY L. BRODY                    ☒001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO              1043
        RECIPIENT ADDRESS     18006580395
        DESTINATION ID
        ST. TIME              09/11 15:07
        TIME USE              00'38
        PAGES SENT            2
        RESULT                OK
```

**GINA R. HASL**
4613 West Marlette Avenue
Glendale, Arizona 85301
(602) 647-0600 Cellular

<u>**VIA FACSIMILE (1-800-658-0395)** - 2 PAGES FAXED</u>

September 11, 2009

Marcel Belanger
Bankruptcy Technician (Ext. 955145)
BANK OF AMERICA
P.O. Box 10219
Van Nuys, CA 91410

RE:     Gina Renee Hasl, Loan No. 125475755

Dear Mr. Belanger:

On September 4, 2009, I wrote you regarding the above matter. Attached please find a copy of that correspondence.

To date, I still have not heard from you or anyone at Bank of America for that matter. I am anxious to get this matter moving in a positive, progressive direction but without your cooperation, I am not certain how this can occur.

I need to know what you need from me, if anything, for my loan modification request to be processed.

Once again, please be advised that I have another hearing before the Bankruptcy Court set for September 30, 2009, and I need to be able to report what is happening with this matter. As far as I can tell, nothing is happening and this concerns me greatly.

Your <u>**expedited contact**</u> would be greatly appreciated in this matter.

09/24/2009