# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | GINA RENEE HASL |
| **Case Number:** | 2:08-BK-07817-RTB   **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 30, 2009 02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC.
**R / M #:** 27 / 0

## Appearances:

GINA HASL, PRO SE DEBTOR
LEONARD J. MCDONALD, ATTORNEY FOR MERS

## Proceedings:

Mr. McDonald noted that this is a chapter 7 case and the discharge has been entered. He asked that he be allowed to lodge an order as he doe not believe there is a trustee's sale although this lender handles their own sales.

Ms. Hasl explained the lack of communication involved, noting that she has a loan modification pending and she has not been told that it has been denied.

COURT:  COUNSEL MAY UPLOAD FILE A DOCUMENT STATING THAT THERE IS NO LOAN MODIFICATION OR THE MODIFICATION HAS BEEN DECLINED, THEN WAIT 10 DAYS TO LODGE THE ORDER.